MATT O'MALLEY (SBN 272802)
PATRICK MCDONOUGH (SBN 288285)
San Diego Coastkeeper
3900 Cleveland Ave., # 102
San Diego, CA 92103
Ph: 619-758-7743
Email: patrick@sdcoastkeeper.org

COAST LAW GROUP, LLP
MARCO A. GONZALEZ (SBN 190832)
LIVIA BORAK BEAUDIN (SBN 259434)
1140 South Coast Highway 101
Encinitas, CA 92024
Ph: (760) 942-8505
Fx: (760) 942-8515
email: marco@coastlawgroup.com

Attorneys for Plaintiffs
SAN DIEGO COASTKEEPER and COASTAL ENVIRONMENTAL
RIGHTS FOUNDATION

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN DIEGO COASTKEEPER, a non-profit corporation; COASTAL ENVIRONMENTAL RIGHTS FOUNDATION, a non-profit corporation, | CASE No. 3:21-CV-1138-BAS-BLM |
| | **JOINT MOTION TO DISMISS PURSUANT TO FED. R. CIV. PROC. 41(a)(2)** |
| Plaintiffs, | |
| v. | Judge: Hon. Cynthia A. Bashant |
| PAVEMENT RECYCLING SYSTEMS, INC., a California Corporation, | |
| Defendant. | |

1

## JOINT MOTION FOR DISMISSAL

1.     Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs, San Diego Coastkeeper and Coastal Environmental Rights Foundation (collectively, "Plaintiffs"), and Defendant, Pavement Recycling Systems, Inc. ("Defendant"), hereby jointly move for the dismissal of this proceeding.

2.     The Parties and have met and conferred, and on October 11, 2021 the Parties entered into the attached Settlement Agreement. The Agreement resolves litigation initiated by Plaintiffs with the filing of a Complaint in the instant matter.

3.     In consideration of, and consistent with the terms of the Settlement Agreement, the Parties jointly move the Court to dismiss the lawsuit with prejudice. *See* Paragraph 7 of Settlement Agreement.

4.     A Proposed Order for Dismissal will be lodged pursuant to local and chamber rules.


Dated: October 11, 2021     ENVIRONMENTAL LAW GROUP LLP

*s/*S. Wayne Rosenbaum

S. Wayne Rosenbaum
Attorney for Defendant, PAVEMENT
RECYCLING SYSTEMS, INC.

Dated: October 11, 2021     COAST LAW GROUP, LLP

*s/*Livia Borak Beaudin

Livia Borak Beaudin
Attorney for Plaintiff, COASTAL
ENVIRONMENTAL RIGHTS FOUNDATION

Dated: October 11, 2021     SAN DIEGO COASTKEEPER

*s/*Patrick J. McDonough

Patrick J. McDonough

Attorney for Plaintiff, SAN DIEGO COASTKEEPER

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to S. Wayne Rosenbaum, counsel for Defendant Pavement Recycling Systems, Inc., and Livia Borak Beaudin, counsel for Coastal Environmental Rights Foundation. I have obtained both Mr. Rosenbaum's and Ms. Borak Beaudin's authorization to affix their respective electronic signatures to this document.

Dated: October 11, 2021              By: s/Patrick McDonough
                                     Patrick McDonough
                                     Attorney for San Diego Coastkeeper
                                     E-mail: patrick@sdcoastkeeper.org

## CERTIFICATE OF SERVICE

I certify that the foregoing Joint Motion for Dismissal was served through electronic file delivery to all required recipients on October 11, 2021.

Dated: October 11, 2021              By: s/Patrick McDonough
                                     Patrick McDonough
                                     Attorney for San Diego Coastkeeper
                                     E-mail: patrick@sdcoastkeeper.org